B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0394804** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3950 Las Vegas Blvd. South**<br>**Las Vegas, NV**<br>ZIP Code **89119-1005** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**ATTN:  Neil Faggen, Esq.**<br>**16400 N.W.2nd Ave., #200**<br>**Miami, FL**<br>ZIP Code **33169** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Nancy L. Allf**
Signature of Attorney for Debtor(s)

**Nancy L. Allf 0128**
Printed Name of Attorney for Debtor(s)

**Nancy L. Allf, Attorney at Law**
Firm Name

**415 S. Sixth Street, Ste. 200F
Las Vegas, NV 89101**

_____
Address

                    **Email: nancy.allf@gmail.com**
**702-671-0070  Fax: 702-671-0165**
Telephone Number

**March 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Neil Faggen**
Signature of Authorized Individual

**Neil Faggen**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March 16, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re   **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**    Case No. _____

                              Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **All Employees** | **All Employees** | **Wages** | | **5,000.00** |
| **Avero**<br>**235 Park Avenue South, 7th Floor**<br>**New York, NY 10003** | **Avero**<br>**235 Park Avenue South, 7th Floor**<br>**New York, NY 10003** | **Technology vendor for online reporting of sales** | | **2,565.07** |
| **Chef Executive Supplies**<br>**7280 North Glen Harbor Blvd.**<br>**Henderson, NV 89074** | **Chef Executive Supplies**<br>**7280 North Glen Harbor Blvd.**<br>**Henderson, NV 89074** | **Glassware supply company** | | **479.32** |
| **Dynamic Synergy Corp.**<br>**1825 Fox Hills Dr. #202**<br>**Los Angeles, CA 90025** | **Dynamic Synergy Corp.**<br>**1825 Fox Hills Dr. #202**<br>**Los Angeles, CA 90025** | **Executive search firm** | | **3,904.59** |
| **Fortessa, Inc.**<br>**22601 Davis Drive**<br>**Sterling, VA 20164** | **Fortessa, Inc.**<br>**22601 Davis Drive**<br>**Sterling, VA 20164** | **China, glass and silver vendor** | | **2,490.69** |
| **Freed's Boulevard Bakery, Inc.**<br>**4780 South Eastern Ave.**<br>**Las Vegas, NV 89119** | **Freed's Boulevard Bakery, Inc.**<br>**4780 South Eastern Ave.**<br>**Las Vegas, NV 89119** | **Supplies** | | **471.05** |
| **Hospitality Services, Inc.**<br>**422 Madison Ave., Ste. 369**<br>**New York, NY 10016** | **Hospitality Services, Inc.**<br>**422 Madison Ave., Ste. 369**<br>**New York, NY 10016** | **Customer service provider** | | **675.45** |
| **Jay's Sharpening Service**<br>**4080 W. Desest Inn Rd,**<br>**#W-101**<br>**Las Vegas, NV 89102** | **Jay's Sharpening Service**<br>**4080 W. Desest Inn Rd, #W-101**<br>**Las Vegas, NV 89102** | **Trade debt** | | **477.00** |
| **LLOYD'S REFRIGERATION**<br>**5701 W. Sunset Rd.**<br>**Las Vegas, NV 89118** | **LLOYD'S REFRIGERATION**<br>**5701 W. Sunset Rd.**<br>**Las Vegas, NV 89118** | **Refrigeration services** | | **934.93** |
| **Mandalay Bay**<br>**c/o Brownstein Hyatt Farber Schreck**<br>**ATTN: Todd Bice, Esq.**<br>**100 City Parkway, #1600**<br>**Las Vegas, NV 89106** | **Mandalay Bay**<br>**c/o Brownstein Hyatt Farber Schreck**<br>**ATTN: Todd Bice, Esq.**<br>**Las Vegas, NV 89106** | **Minimum percentage rent claimed due under lease for 2009** | **Disputed** | **1,100,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re     **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited
           Liability Company d/b/a Rumjungle**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mandalay Bay<br>Mandalay Resort Group<br>3950 Las Vegas Blvd. South<br>Las Vegas, NV 89119 | Mandalay Bay<br>Mandalay Resort Group<br>3950 Las Vegas Blvd. South<br>Las Vegas, NV 89119 | Telephone<br>Hood cleaning | | 5,284.12 |
| Micros Retail Systems, Inc.<br>1500 Harbor Blvd.<br>Weehawken, NJ 07086 | Micros Retail Systems, Inc.<br>1500 Harbor Blvd.<br>Weehawken, NJ 07086 | Maintenance<br>contract | | 2,769.00 |
| Mission Industries<br>1 W. Mayflower Ave.<br>North Las Vegas, NV 89030 | Mission Industries<br>1 W. Mayflower Ave.<br>North Las Vegas, NV 89030 | Linen service | | 6,945.56 |
| One Stop<br>6800 Owensmouth Ave. #220<br>Canoga Park, CA 91303 | One Stop<br>6800 Owensmouth Ave. #220<br>Canoga Park, CA 91303 | Trade Debt | | 596.00 |
| Open Table, Inc.<br>PAYMENT LOCKBOX<br>PO Box 49322<br>San Jose, CA 95161 | Open Table, Inc.<br>PAYMENT LOCKBOX<br>PO Box 49322<br>San Jose, CA 95161 | Reservation<br>website | | 1,269.77 |
| Print Las Vegas<br>68 East Serene Avenue, STe. 418<br>Las Vegas, NV 89123 | Print Las Vegas<br>68 East Serene Avenue, STe. 418<br>Las Vegas, NV 89123 | Printing services | | 713.21 |
| Southwest Air Conditioning Service, Inc.<br>3030 S. Valley View Blvd.<br>Las Vegas, NV 89102 | Southwest Air Conditioning Service, Inc.<br>3030 S. Valley View Blvd.<br>Las Vegas, NV 89102 | Service on air<br>conditioning | | 4,178.05 |
| State Restaurant Equipment<br>3163 S. Highland Drive<br>Las Vegas, NV 89109 | State Restaurant Equipment<br>3163 S. Highland Drive<br>Las Vegas, NV 89109 | Supplies | | 1,840.71 |
| Terrisa & Company<br>5841 East Charleston #230-341<br>Las Vegas, NV 89142 | Terrisa & Company<br>5841 East Charleston #230-341<br>Las Vegas, NV 89142 | Entertainment | | 3,800.00 |
| Vegas Bar & Restaurant Supply<br>4375 S. Valley View, Ste. G<br>Las Vegas, NV 89103 | Vegas Bar & Restaurant Supply<br>4375 S. Valley View, Ste. G<br>Las Vegas, NV 89103 | Trade debt | | 1,759.20 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**
     **Liability Company d/b/a Rumjungle**

                 Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 16, 2010**                  Signature    **/s/ Neil Faggen**

                                                 **Neil Faggen**

                                                 **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re     **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**         Case No. _____

           **Liability Company d/b/a Rumjungle**
                                        Debtor        ,        Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 12,000,093.90 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 5,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 1,144,437.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 12,000,093.90 | | |
| Total Liabilities | | | | 1,149,437.96 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of Nevada

In re     **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**      Case No. _____

                                         Debtor      ,      Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**                    Case No. _____
         **Liability Company d/b/a Rumjungle**
_____,
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**        Case No. _____
         **Liability Company d/b/a Rumjungle**
_____,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash** | - | 25,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - Operating Account** **0009 9012 8720** **PO Box 798** **Wichita, KS  67201** | - | 4,557.44 |
| | | **JPMorgan Chase Bank, NA - Operating Account** **837434349** **PO Box 260180** **Baton Rouge, LA  70826-0180** | - | 74,039.15 |
| | | **JPMorgan Chase Bank, N.A. - Managers Account** **837445170** **PO Box 260180** **Baton Rouge, LA  70826-0180** | - | 27,677.85 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >        **131,274.44**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**    Case No. _____
         **Liability Company d/b/a Rumjungle**
                                                                  ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **BMI - music licensing company.** | - | **Unknown** |
| | | **Mandalay Bay room service charges.** | - | **Unknown** |
| | | **Various credit card companies.** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**         Case No. _____
       **Liability Company d/b/a Rumjungle**
                                                          ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademark for Rumjungle - 50% Mandalay Bay 50% Rumjungle - Las Vegas, LLC | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor license | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Email customer list. | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment; restaurant furnishings and supplies | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Resturant equipment | - | 91,582.00 |
| 30. Inventory. | | Food Inventory. | - | 23,484.45 |
| | | Beverage Inventory. | - | 51,852.58 |
| | | Retail Inventory. | - | 1,400.43 |
| 31. Animals. | X | | | |

                                                    Sub-Total >        **168,319.46**
                                                 (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**                    Case No. _____
          **Liability Company d/b/a Rumjungle**
                                                              ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Business value based upon location, lease, operations, going concern value.** | - | **11,700,500.00** |

|  | Sub-Total > | **11,700,500.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **12,000,093.90** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**    Case No. _____
**Liability Company d/b/a Rumjungle**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**  continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**       Case No. _____
        **Liability Company d/b/a Rumjungle**
                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                  **2**_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**                    Case No. _____
         **Liability Company d/b/a Rumjungle**
                                                                  ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**All Employees** | - | | **Wages** | | | | 5,000.00 | 0.00 <br><br> 5,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 5,000.00    5,000.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**
         **Liability Company d/b/a Rumjungle**    Case No. _____
                                                                    ,
                                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Sales Tax | | | | | | |
| **NEVADA DEPARTMENT OF TAXATION PO Box 52609 Phoenix, AZ 85072-2609** | - | | | | | | | **Unknown** | **Unknown** | **0.00** |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | | **0.00** | |
| (Total of this page) | **0.00** | | **0.00** |
| Total | | **0.00** | |
| (Report on Summary of Schedules) | **5,000.00** | | **5,000.00** |

B6F (Official Form 6F) (12/07)

In re **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**
     **Liability Company d/b/a Rumjungle**
     _____ ,
                                          Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxxxx2009** <br><br> **Avero** <br> **235 Park Avenue South, 7th Floor** <br> **New York, NY 10003** | | - | | | **Various** <br> **Technology vendor for online reporting of sales** | | | | 2,565.07 |
| Account No. **xx3397** <br><br> **BPI** <br> **7280 North Glen Harbor Blvd.** <br> **Glendale, AZ 85307** | | - | | | **Various** <br> **Repair maintenance** | | | | 181.53 |
| Account No. **807** <br><br> **Chef Executive Supplies** <br> **7280 North Glen Harbor Blvd.** <br> **Henderson, NV 89074** | | - | | | **Various** <br> **Glassware supply company** | | | | 479.32 |
| Account No. **xx6963** <br><br> **Dataworks** <br> **4550 S. Windermere St** <br> **Englewood, CO 80110** | | - | | | **Various** <br> **Office supplies** | | | | 143.54 |

__6__  continuation sheets attached

Subtotal
(Total of this page)                                            3,369.46

B6F (Official Form 6F) (12/07) - Cont.

In re **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**
**Liability Company d/b/a Rumjungle**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Various Executive search firm | | | | |
| **Dynamic Synergy Corp.** **1825 Fox Hills Dr. #202** **Los Angeles, CA 90025** | - | | | | | | | | 3,904.59 |
| Account No. **xxx3108** | | | | | Various Equipment rental - glasswasher and dishwasher. | | | | |
| **ECOLAB** **PO Box 100512** **Pasadena, CA 91189** | - | | | | | | | | 459.48 |
| Account No. **x3698** | | | | | Various Sewer maintenance | | | | |
| **ELLIOT** **PO Box 27085** **Las Vegas, NV 89126** | - | | | | | | | | 347.75 |
| Account No. **xxxx9703** | | | | | Various China, glass and silver vendor | | | | |
| **Fortessa, Inc.** **22601 Davis Drive** **Sterling, VA 20164** | - | | | | | | | | 2,490.69 |
| Account No. **x0678** | | | | | Various Supplies | | | | |
| **Freed's Boulevard Bakery, Inc.** **4780 South Eastern Ave.** **Las Vegas, NV 89119** | - | | | | | | | | 471.05 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,673.56

B6F (Official Form 6F) (12/07) - Cont.

In re **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**
**Liability Company d/b/a Rumjungle**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Gerardo Benitez <br> c/o 3950 Las Vegas Blvde South <br> Las Vegas, NV 89119 | | - | | Various <br> Employee cell phone | | | | 75.00 |
| Account No. **xx0760** <br><br> Heritage Food Service Equipment <br> PO Box 8710 <br> Fort Wayne, IN 46898 | | - | | Service, maintenance | | | | 140.07 |
| Account No. **x8318** <br><br> Hospitality Services, Inc. <br> 422 Madison Ave., Ste. 369 <br> New York, NY 10016 | | - | | Various <br> Customer service provider | | | | 675.45 |
| Account No. **x6271** <br><br> Humitech of Las Vegas <br> 6283 Dean Martin Dr., Ste. E <br> Las Vegas, NV 89118 | | - | | Various <br> Repair/maintenance for HVAC | | | | 384.00 |
| Account No. **x4550** <br><br> Ice Occasions, Inc. <br> 4650 W. Post Rd. <br> Las Vegas, NV 89118 | | - | | Various <br> Trade debt | | | | 300.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,574.52

B6F (Official Form 6F) (12/07) - Cont.

In re  **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**
      **Liability Company d/b/a Rumjungle**
      _____,
                              Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5317**<br><br>**Jay's Sharpening Service**<br>**4080 W. Desest Inn Rd, #W-101**<br>**Las Vegas, NV 89102** | | - | | Various<br>Trade debt | | | | 477.00 |
| Account No. **4512**<br><br>**John Van Hoove's Upholstery**<br>**1302 Western Ave.**<br>**Las Vegas, NV 89102** | | - | | Various<br>Trade debt | | | | 135.00 |
| Account No.<br><br>**KCYE-FM Las Vegas**<br>**1455 E. Tropicana, #800**<br>**Las Vegas, NV 89119** | | - | | Various<br>Advertisement. | | | | 400.00 |
| Account No. **xx1339**<br><br>**LLOYD'S REFRIGERATION**<br>**5701 W. Sunset Rd.**<br>**Las Vegas, NV 89118** | | - | | Various<br>Refrigeration services | | | | 934.93 |
| Account No.<br><br>**Mandalay Bay**<br>**Mandalay Resort Group**<br>**3950 Las Vegas Blvd. South**<br>**Las Vegas, NV 89119** | | - | | Various<br>Telephone<br>Hood cleaning | | | | 5,284.12 |

Sheet no. **3** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,231.05

B6F (Official Form 6F) (12/07) - Cont.

In re **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mandalay Bay <br> c/o Brownstein Hyatt Farber Schreck <br> ATTN: Todd Bice, Esq. <br> 100 City Parkway, #1600 <br> Las Vegas, NV 89106** | - | | **Various <br> Minimum percentage rent claimed due under lease for 2009** | | | X | 1,100,000.00 |
| Account No. **xxx4501** <br><br> **Micros Retail Systems, Inc. <br> 1500 Harbor Blvd. <br> Weehawken, NJ 07086** | - | | **Various <br> Maintenance contract** | | | | 2,769.00 |
| Account No. **xxxx4918** <br><br> **Mission Industries <br> 1 W. Mayflower Ave. <br> North Las Vegas, NV 89030** | - | | **Various <br> Linen service** | | | | 6,945.56 |
| Account No. **x7642** <br><br> **One Stop <br> 6800 Owensmouth Ave. #220 <br> Canoga Park, CA 91303** | - | | **Various <br> Trade Debt** | | | | 596.00 |
| Account No. **xx1281** <br><br> **Open Table, Inc. <br> PAYMENT LOCKBOX <br> PO Box 49322 <br> San Jose, CA 95161** | - | | **Various <br> Reservation website** | | | | 1,269.77 |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,111,580.33

B6F (Official Form 6F) (12/07) - Cont.

In re **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**
**Liability Company d/b/a Rumjungle**
_____ ,
                              Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2378**<br><br>**Print Las Vegas**<br>**68 East Serene Avenue, STe. 418**<br>**Las Vegas, NV 89123** | - | | | **Various**<br>**Printing services** | | | | **713.21** |
| Account No. **xxxxx3004**<br><br>**RSVP Party Rentals**<br>**4445 S. Valley View, Ste. 7**<br>**Las Vegas, NV 89103** | - | | | **Various**<br>**Rentals for parties** | | | | **189.20** |
| Account No. **xx7525**<br><br>**Southwest Air Conditioning Service, Inc.**<br>**3030 S. Valley View Blvd.**<br>**Las Vegas, NV 89102** | - | | | **Various**<br>**Service on air conditioning** | | | | **4,178.05** |
| Account No. **xxx5976**<br><br>**Standard Restaurant Equipment**<br>**PO Box 65189**<br>**Salt Lake City, UT 84165** | - | | | **Various**<br>**Supplies** | | | | **62.15** |
| Account No. **xxxxxx5691**<br><br>**Staples Business Advantage**<br>**Dept ATL**<br>**PO Box 530621**<br>**Atlanta, GA 30353** | - | | | **Various**<br>**Trade debt** | | | | **290.79** |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,433.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**
_____,
Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4120**<br><br>State Restaurant Equipment<br>3163 S. Highland Drive<br>Las Vegas, NV 89109 | - | | Various<br>Supplies | | | | 1,840.71 |
| Account No.<br><br>Terrisa & Company<br>5841 East Charleston #230-341<br>Las Vegas, NV 89142 | - | | Various<br>Entertainment | | | | 3,800.00 |
| Account No. **xxxxxxx8985**<br><br>The Pepsi Bottling Group<br>PO Box 75948<br>Chicago, IL 60675 | | | Various<br>Trade debt | | | | 175.73 |
| Account No. **xx5602**<br><br>Vegas Bar & Restaurant Supply<br>4375 S. Valley View, Ste. G<br>Las Vegas, NV 89103 | - | | Various<br>Trade debt | | | | 1,759.20 |
| Account No.<br><br> | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **7,575.64**

Total
(Report on Summary of Schedules) **1,144,437.96**

B6G (Official Form 6G) (12/07)

.

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**              Case No. _____
           **Liability Company d/b/a Rumjungle**
_____ ,
                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AMERICAN EXPRESS**<br>**BOX 0001**<br>**Los Angeles, CA 90096-0001** | **Credit card processing.** |
| **ASCAP**<br>**2690 Cumberland Pkwy #490**<br>**Pierre Part, LA 70339** | **License.** |
| **Avero**<br>**235 Park Avenue South, 7th Floor**<br>**New York, NY 10003** | **Technology vendor for online reporting of sales.** |
| **BMI**<br>**10 Music Sq. East**<br>**Nashville, TN 37203** | **Night club expense.** |
| **Direct TV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060-0036** | **Entertainment** |
| **ECOLAB**<br>**PO Box 100512**<br>**Pasadena, CA 91189** | **Eqiupment lease between Ecolab, Inc. and Rumjungle-Las Vegas, LLC for glasswasher (Omega5).** |
| **ECOLAB**<br>**PO Box 100512**<br>**Pasadena, CA 91189** | **Equipment lease between Ecolab, Inc. and Rumjungle-Las Vegas, LLC for dishwasher (ET5).** |
| **Fifth Third Bank**<br>**38 Fountain Sq. Plaza, 9th Floor**<br>**Cincinnati, OH 45213** | **Credit card processing.** |
| **Hertitage Food Service Equipment**<br>**PO Box 8710**<br>**Fort Wayne, IN 46898** | **Repair and maintenance.** |
| **Humitech of Las Vegas**<br>**6283 Dean Martin Dr., Ste. E**<br>**Las Vegas, NV 89118** | **Repair and maintenance.** |
| **Lloyd's Refrigeration**<br>**5701 W. Sunset Rd.**<br>**Las Vegas, NV 89118** | **Repair and maintenance.** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**         Case No. _____
         **Liability Company d/b/a Rumjungle**
_____,
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Mandalay Bay Corp.**<br>**Mandalay Bay Resort Group**<br>**File 50519**<br>**Los Angeles, CA 90074-0519** | **Lease for restaurant space dated November 11, 1988 by and between Mandalay Bay Corp as landlord and Rumjungle-Las Vegas, LLC as tenant.** |
| **Micros Retail Systems, Inc.**<br>**1500 Harbor Blvd.**<br>**Weehawken, NJ 07086** | **Maintenance contract** |
| **Mission of Nevada, Inc.**<br>**1 W. Mayflower Ave.**<br>**North Las Vegas, NV 89030** | **Linen cleaning.** |
| **Open Table, Inc.**<br>**PAYMENT LOCKBOX**<br>**PO Box 49322**<br>**San Jose, CA 95161** | **Monthly fee for equipment and software** |
| **Terrisa & Company**<br>**5841 East Charleston #230-341**<br>**Las Vegas, NV 89142** | **Entertainment.** |

Sheet     **1**     of     **1**     continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited**         Case No. _____
               **Liability Company d/b/a Rumjungle**

                                            Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**   \_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**

Debtor(s)

Case No. _____

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **21**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 16, 2010** _____

Signature    **/s/ Neil Faggen** _____

                 **Neil Faggen**
                 **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**

                                       Debtor(s)

Case No.

Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,208,414.00** | **2007 Form 1065 - U.S. Return of Partnership Income** |
| **$9,997,470.00** | **2008 Form 1065 U.S. Return of Partnership Income** |
| **$6,639,978.00** | **2009 Form 1065 U.S. Return of Partnership Income** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment 1 to SOFA** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mandalay Bay Resort** <br> **3950 Las Vegas Blvd. South** <br> **Las Vegas, NV 89119** <br> **Joint Venture** | **03/01/09-03/15/10** | **$1,339,380.67** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rumjungle-Las Vegas, LLC d/b/a Rumjungle, et al v Mandalay Place, et al. Case No. A570627, consolidated with Case NO. A571342** | | **District Court, Las Vegas, Nevada** | |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jameen Brown v Rumjungle, et al Case No. 582498** | | **District Court, Las Vegas, Nevad** | |
| **VO, Tam N., as Natural Parent and Guardian of Jane Doe v Rumjungle, et al Case No. A572962** | | **District Court, Las Vegas, Nevada** | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Nancy L. Allf, Attorney at Law**<br>**415 S. Sixth Street, Ste. 200F**<br>**Las Vegas, NV 89101** | **03/15/10** | **$22,500.00** |

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **BANK OF AMERICA**<br>**PO Box 15019**<br>**Wilmington, DE 19850-5019** | **Manager's Account - xxxx-xxxx-8746** | **02/25/10** |
| **BANK OF AMERICA**<br>**PO Box 15019**<br>**Wilmington, DE 19850-5019** | **Payroll account = xxxx-xxxx-8738** | **08/13/09** |

5

#### 12.  Safe deposit boxes

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13.  Setoffs

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14.  Property held for another person

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

#### 15.  Prior address of debtor

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

#### 16.  Spouses and Former Spouses

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

#### 17.  Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law.

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Rumjungle - Las Vegas | 4804 | 3950 Las Vegas Blvd. South Las Vegas, NV 89119-1005 | Restaunt/Bar/Nightclub | |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jack Polsenberg, CPA 16400 N.W.2nd, #200 Miami, FL 33169 | 2008, 2009 |

| None ☐ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
| --- | --- |

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **Jack Polsenberg, CPA** | **16400 N.W.2nd, #2300**<br>**Miami, FL 33169** | **2008, 2009** |

| None ■ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |
| --- | --- |

| NAME | ADDRESS |
| --- | --- |

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
| --- | --- |

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| **Mandalay Bay**<br>**3950 Las Vegas Blvd. South**<br>**Las Vegas, NV 89119** | |
| **Travelers Casualty & Surety Co.**<br>**Hartford, CT 06183-7321** | |

### 20. Inventories

| None ☐ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
| --- | --- |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |
| **February 28, 2010** | | **$23,484.45 - Food inventory** |
| **February 28, 2010** | | **$51,852.58 - Beverage inventory** |
| **February 28, 2010** | | **$1,400.43 - Retail inventory** |

| None ☐ | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |
| --- | --- |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| **February 28, 2010** | **Jack Polsenberg**<br>**16400 N.W.2nd, #200**<br>**Miami, FL 33169** |
| **February 28, 2010** | **Jack Polsenberg**<br>**16400 N.W.2nd, #200**<br>**Miami, FL 33169** |
| **February 28, 2010** | **Jack Polsenberg**<br>**16400 N.W.2nd, #200**<br>**Miami, FL 33169** |

### 21 . Current Partners, Officers, Directors and Shareholders

| None ☐ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| --- | --- |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| **Zachary Chodorow Irrevocable Trust**<br>**16400 N.W. 2nd Ave,. Suite 200**<br>**Miami, FL 33169** | | **37.5%** |

8

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Jack Polsenberg**<br>**16400 N.W.2nd. #200**<br>**Miami, FL 33169** | | **15%** |
| **Neil Faggen**<br>**16400 N.W.2nd, #200**<br>**Miami, FL 33169** | | **10%** |
| **Max Chodorow Irrevocable Trust**<br>**16400 N.W. 2nd Ave., Suite 200**<br>**Miami, FL 33169** | | **37.5%** |

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
☐  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **CGM Employee's 401(k) Plan** | **13-337-2854** |

9

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **March 16, 2010**                    Signature    **/s/ Neil Faggen**

**Neil Faggen**

**Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# ATTACHMENT 1

# TO STATEMENT OF FINANCIAL AFFAIRS

**RUMJUNGLE LAS VEGAS**

CHECK HISTORY REPORT

*SORTED BY CHECK NUMBER*

ACTIVITY FROM:  12/01/09        TO:  03/15/10

BANK CODE:     A  Checkig Account - Operating

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | NAME | CHECK AMOUNT | |
|---|---|---|---|---|---|
| 000256 | 12/08/09 | RUMJUN | RUMJUNGLE | 2,559.78 | (MANUAL) |
| 000257 | 12/09/09 | MOVEMNT | MOVEMENT, LLC | 2,531.36 | (MANUAL) |
| 000258 | 12/10/09 | CGMGMT | CHINA GRILL MANAGEMENT | 23,626.33 | (MANUAL) |
| 000259 | 12/18/09 | RUMJUN | RUMJUNGLE | 4,367.00 | (MANUAL) |
| 000260 | 12/21/09 | ELITEGL | Elite Glass & Mirror | 2,638.28 | (MANUAL) |
| 000261 | 12/30/09 | TERRISA | Terrisa & Company | 4,900.00 | (MANUAL) |
| 000262 | 12/30/09 | DCARR | DERRICK CARR | 500.00 | (MANUAL) |
| 000263 | 12/30/09 | ONESOUN | One Sound Movement, LLC | 500.00 | (MANUAL) |
| 000264 | 12/30/09 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 | (MANUAL) |
| 000265 | 12/31/09 | RUMJUN | RUMJUNGLE | 707.00 | (MANUAL) |
| 000266 | 01/19/10 | RUMJUN | RUMJUNGLE | 363.87 | (MANUAL) |
| 000267 | 01/20/10 | MANDAL | MANDALAY BAY | 7,546.12 | (MANUAL) |
| 000268 | 01/28/10 | RUMJUN | RUMJUNGLE | 2,880.00 | (MANUAL) |
| 000269 | 01/27/10 | RUMJUN | RUMJUNGLE | 17,325.00 | (MANUAL) |
| 000270 | 02/03/10 | RUMJUN | RUMJUNGLE | 2,748.48 | (MANUAL) |
| 000271 | 02/17/10 | RUMJUN | RUMJUNGLE | 8,833.00 | (MANUAL) |
| 000272 | 02/22/10 | RUMJUN | RUMJUNGLE | 233.43 | (MANUAL) |
| 000273 | 02/26/10 | RUMJUN | RUMJUNGLE | 4,667.03 | (MANUAL) |
| 000274 | 02/26/10 | BLUETIE | Blue Tie Entertainment, LLC | 2,512.43 | (MANUAL) |
| 000275 | 02/26/10 | HWAMBUI | Henry Wambuii | 981.25 | (MANUAL) |
| 000276 | 02/26/10 | ONESOUN | One Sound Movement, LLC | 1,400.00 | (MANUAL) |
| 000277 | 02/26/10 | TERRISA | Terrisa & Company | 3,800.00 | (MANUAL) |
| 000278 | 03/02/10 | RUMJUN | RUMJUNGLE | 6,886.00 | (MANUAL) |
| 000279 | 03/10/10 | RUMJUN | RUMJUNGLE | 2,304.45 | (MANUAL) |
| 000280 | 03/15/10 | RUMJUN | RUMJUNGLE | 394.37 | (MANUAL) |
| 000281 | 03/15/10 | BLUETIE | Blue Tie Entertainment, LLC | 2,962.05 | (MANUAL) |
| 000282 | 03/15/10 | RUMJUN | RUMJUNGLE | 2,029.00 | (MANUAL) |
| 016918 | 12/01/09 | MANDAL | MANDALAY BAY | 75,000.00 | |
| 016919 | 12/03/09 | DCARR | DERRICK CARR | 900.00 | |
| 016920 | 12/03/09 | ERNESTO | Ernesto Ayala | 650.00 | |
| 016921 | 12/03/09 | GERBEN | GERARDO BENITEZ | 75.00 | |
| 016922 | 12/03/09 | HUMITEC | Humitech | 128.00 | |
| 016923 | 12/03/09 | JOYNGA | Joy Ngaosirath | 400.00 | |
| 016923 | 12/03/09 | JOYNGA | Joy Ngaosirath | 400.00- | (REVRSL) |
| 016924 | 12/03/09 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 | |
| 016925 | 12/03/09 | LLOYDS | LLOYD'S | 797.97 | |
| 016926 | 12/03/09 | NANCYL | Nancy L. Allf, Attorney at Law | 5,000.00 | |
| 016927 | 12/03/09 | ONESOUN | One Sound Movement, LLC | 1,100.00 | |
| 016928 | 12/03/09 | PETTY | RUMJUNGLE | 572.27 | |
| 016929 | 12/03/09 | TERRISA | Terrisa & Company | 3,800.00 | |
| 016930 | 12/03/09 | VSP | Vision Service Plan | 71.57 | |
| 016931 | 12/03/09 | RJVOPER | Rumjungle Las Vegas LLC | 500.00 | |
| 016932 | 12/08/09 | RJVMGR | Rumjungle Las Vegas LLC | 500.00 | |
| 016933 | 12/10/09 | BARTH | Eric Barth | 180.25 | |
| 016934 | 12/10/09 | COMMLI | COMMERCIAL LIGHTING | 134.58 | |
| 016935 | 12/10/09 | CREAT | CREATIVE CANDLE | 353.49 | |
| 016936 | 12/10/09 | DCARR | DERRICK CARR | 900.00 | |
| 016937 | 12/10/09 | ELLIOT | ELLIOT | 61.50 | |
| 016938 | 12/10/09 | ERNESTO | Ernesto Ayala | 650.00 | |
| 016939 | 12/10/09 | FORTES | FORTESSA, INC. | 594.43 | |

**RUMJUNGLE LAS VEGAS**

CHECK HISTORY REPORT

*SORTED BY CHECK NUMBER*

ACTIVITY FROM:   12/01/09     TO:   03/15/10

BANK CODE:     A Checkig Account - Operating

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | NAME | CHECK AMOUNT | |
|---|---|---|---|---|---|
| 016940 | 12/10/09 | HERITAG | Heritage Food Svc. Eqpt. | 14.61 | |
| 016941 | 12/10/09 | JAYS | JAY'S SHARPENING SVC | 44.00 | |
| 016942 | 12/10/09 | JOYNGA | Joy Ngaosirath | 400.00 | |
| 016942 | 12/10/09 | JOYNGA | Joy Ngaosirath | 400.00- | (REVRSL) |
| 016943 | 12/10/09 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 | |
| 016944 | 12/10/09 | LLOYDS | LLOYD'S | 401.46 | |
| 016945 | 12/10/09 | MANDAL | MANDALAY BAY | 6,691.85 | |
| 016946 | 12/10/09 | MANDAL | MANDALAY BAY | 15,565.56 | |
| 016947 | 12/10/09 | MANDAL | MANDALAY BAY | 2,439.74 | |
| 016948 | 12/10/09 | MISSIO | MISSION INDUSTRIES | 600.18 | |
| 016949 | 12/10/09 | ONESOUN | One Sound Movement, LLC | 1,100.00 | |
| 016950 | 12/10/09 | PRINT | Print Las Vegas | 1,640.78 | |
| 016951 | 12/10/09 | TERRISA | Terrisa & Company | 3,800.00 | |
| 016952 | 12/17/09 | CLARK | CLARK COUNTY BUS. LICENSE | 840.00 | |
| 016953 | 12/17/09 | DCARR | DERRICK CARR | 900.00 | |
| 016954 | 12/17/09 | ERNESTO | Ernesto Ayala | 650.00 | |
| 016955 | 12/17/09 | INNER | INNER WORKINGS | 5,781.89 | |
| 016956 | 12/17/09 | JOYNGA | Joy Ngaosirath | 400.00 | |
| 016956 | 12/17/09 | JOYNGA | Joy Ngaosirath | 400.00- | (REVRSL) |
| 016957 | 12/17/09 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 | |
| 016958 | 12/17/09 | ONESOUN | One Sound Movement, LLC | 1,100.00 | |
| 016959 | 12/17/09 | TERRISA | Terrisa & Company | 3,800.00 | |
| 016960 | 12/17/09 | ELITEGL | Elite Glass & Mirror | 2,638.23 | |
| 016961 | 12/24/09 | AETNA | Aetna | 1,114.15 | |
| 016962 | 12/24/09 | ANTHEM | Anthem Blue Cross Blue Shield | 6,999.94 | |
| 016963 | 12/24/09 | CASINO | Casino Travel & Tours | 20.00 | |
| 016963 | 12/24/09 | CASINO | Casino Travel & Tours | 20.00- | (REVRSL) |
| 016964 | 12/24/09 | COMMLI | COMMERCIAL LIGHTING | 319.98 | |
| 016965 | 12/24/09 | DCARR | DERRICK CARR | 900.00 | |
| 016966 | 12/24/09 | ELLIOT | ELLIOT | 61.50 | |
| 016967 | 12/24/09 | ERNESTO | Ernesto Ayala | 650.00 | |
| 016968 | 12/24/09 | HARTF | THE HARTFORD | 285.81 | |
| 016969 | 12/24/09 | HARTFST | Hartford STD | 29.97 | |
| 016970 | 12/24/09 | JAYS | JAY'S SHARPENING SVC | 176.00 | |
| 016971 | 12/24/09 | JOYNGA | Joy Ngaosirath | 600.00 | |
| 016972 | 12/24/09 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 | |
| 016973 | 12/24/09 | MICROS | MICROS RETAIL SYSTEMS, INC. | 904.77 | |
| 016974 | 12/24/09 | MISSIO | MISSION INDUSTRIES | 947.25 | |
| 016975 | 12/24/09 | ONESOUN | One Sound Movement, LLC | 1,100.00 | |
| 016976 | 12/24/09 | OPEN | OPEN TABLE | 270.50 | |
| 016977 | 12/24/09 | RSVP | RSVP PARTY RENTALS | 156.66 | |
| 016978 | 12/24/09 | STAPLES | STAPLES BUSINESS ADVANTAGE | 53.63 | |
| 016979 | 12/24/09 | TERRISA | Terrisa & Company | 4,800.00 | |
| 016980 | 12/23/09 | NVTAX | NEVADA DEPT OF TAXATION | 40,636.54 | |
| 016981 | 12/24/09 | FRANKCR | Frank Crystal & Co., Inc. | 16,250.35 | |
| 016981 | 12/24/09 | FRANKCR | Frank Crystal & Co., Inc. | 16,250.35- | (REVRSL) |
| 016982 | 12/24/09 | FRANKCR | Frank Crystal & Co., Inc. | 2,261.87 | |
| 016982 | 12/24/09 | FRANKCR | Frank Crystal & Co., Inc. | 2,261.87- | (REVRSL) |
| 016983 | 12/23/09 | FLATIRO | Flat Iron Capital | 18,512.22 | |
| 016984 | 01/01/10 | MANDAL | MANDALAY BAY | 75,000.00 | |

**RUMJUNGLE LAS VEGAS**

CHECK HISTORY REPORT

*SORTED BY CHECK NUMBER*

ACTIVITY FROM:  12/01/09        TO:  03/15/10

BANK CODE:      A Checkig Account - Operating

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | NAME | CHECK AMOUNT |
|---|---|---|---|---|
| 016985 | 01/07/10 | ANTHEM | Anthem Blue Cross Blue Shield | 7,229.77 |
| 016986 | 01/07/10 | CAESARS | Ceasar's Palace | 20.00 |
| 016987 | 01/07/10 | ECOLAB | ECOLAB | 261.94 |
| 016988 | 01/07/10 | ELLIOT | ELLIOT | 172.25 |
| 016989 | 01/07/10 | FORTES | FORTESSA, INC. | 1,094.63 |
| 016990 | 01/07/10 | GASKET | Gasket Guy | 101.05 |
| 016991 | 01/07/10 | GEIGER | GEIGER BROS. | 1,037.40 |
| 016992 | 01/07/10 | GERBEN | GERARDO BENITEZ | 75.00 |
| 016993 | 01/07/10 | HERITAG | Heritage Food Svc. Eqpt. | 916.28 |
| 016994 | 01/07/10 | HOSPIT | HOSPITALITY SERVICES,INC | 341.07 |
| 016995 | 01/07/10 | JAYS | JAY'S SHARPENING SVC | 197.00 |
| 016996 | 01/07/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 016997 | 01/07/10 | MANDAL | MANDALAY BAY | 2,539.20 |
| 016998 | 01/07/10 | | *** VOID CHECK *** | |
| 016999 | 01/07/10 | MISSIO | MISSION INDUSTRIES | 2,865.35 |
| 017000 | 01/07/10 | NEWCHE | NEW CHEF FASHION INC. | 498.40 |
| 017001 | 01/07/10 | OPEN | OPEN TABLE | 542.25 |
| 017002 | 01/07/10 | PETTY | RUMJUNGLE | 200.00 |
| 017003 | 01/07/10 | STANDA | STANDARD RESTAURANT EQUIP | 96.50 |
| 017004 | 01/07/10 | STAPLES | STAPLES BUSINESS ADVANTAGE | 157.45 |
| 017005 | 01/07/10 | VEGASB | VEGAS BAR SUPPLY | 1,932.93 |
| 017006 | 01/07/10 | ARHODES | Andre James Rhodes | 2,400.00 |
| 017007 | 01/07/10 | ONESOUN | One Sound Movement, LLC | 1,100.00 |
| 017008 | 01/07/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017009 | 01/08/10 | ZURICH | Zurich Deductible Recovery | 634.00 |
| 017010 | 01/11/10 | FLATIRO | Flat Iron Capital | 18,512.22 |
| 017011 | 01/14/10 | DCARR | DERRICK CARR | 900.00 |
| 017012 | 01/14/10 | FORTES | FORTESSA, INC. | 139.06 |
| 017013 | 01/14/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017014 | 01/14/10 | MICROS | MICROS RETAIL SYSTEMS, INC. | 923.00 |
| 017015 | 01/14/10 | ONESOUN | One Sound Movement, LLC | 1,100.00 |
| 017016 | 01/14/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017017 | 01/18/10 | MANDAL | MANDALAY BAY | 6,054.86 |
| 017018 | 01/18/10 | MANDAL | MANDALAY BAY | 3,433.40 |
| 017019 | 01/21/10 | AETNA | Aetna | 1,142.43 |
| 017020 | 01/21/10 | CGMGMT | CHINA GRILL MANAGEMENT | 4,166.19 |
| 017021 | 01/21/10 | DCARR | DERRICK CARR | 900.00 |
| 017022 | 01/21/10 | ECOLAB | ECOLAB | 180.76 |
| 017023 | 01/21/10 | GRANEL | GRANELLO BAKERY, INC. | 21.60 |
| 017024 | 01/21/10 | HARTFST | Hartford STD | 29.97 |
| 017025 | 01/21/10 | HERITAG | Heritage Food Svc. Eqpt. | 90.25 |
| 017026 | 01/21/10 | HOSPIT | HOSPITALITY SERVICES,INC | 328.62 |
| 017027 | 01/21/10 | HUMITEC | Humitech | 128.00 |
| 017028 | 01/21/10 | INNER | INNER WORKINGS | 260.70 |
| 017029 | 01/21/10 | JAYS | JAY'S SHARPENING SVC | 207.00 |
| 017030 | 01/21/10 | KIESUB | KIESUB ELECTRONICS | 318.90 |
| 017031 | 01/21/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017032 | 01/21/10 | MANDAL | MANDALAY BAY | 2,561.80 |
| 017033 | 01/21/10 | MCINTO | MCINTOSH COMMUNICATIONS | 908.04 |
| 017034 | 01/21/10 | | *** VOID CHECK *** | |

**RUMJUNGLE LAS VEGAS**

CHECK HISTORY REPORT

*SORTED BY CHECK NUMBER*

ACTIVITY FROM:  12/01/09      TO:  03/15/10

BANK CODE:      A  Checkig Account - Operating

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | NAME | CHECK AMOUNT |
|---|---|---|---|---|
| 017035 | 01/21/10 | MISSIO | MISSION INDUSTRIES | 1,700.36 |
| 017036 | 01/21/10 | ONESOUN | One Sound Movement, LLC | 1,100.00 |
| 017037 | 01/21/10 | ONESTOP | ONESTOP | 160.00 |
| 017038 | 01/21/10 | OPEN | OPEN TABLE | 343.75 |
| 017039 | 01/21/10 | PRINT | Print Las Vegas | 831.71 |
| 017040 | 01/21/10 | RSVP | RSVP PARTY RENTALS | 136.50 |
| 017041 | 01/21/10 | STAPLES | STAPLES BUSINESS ADVANTAGE | 49.31 |
| 017042 | 01/21/10 | STATE | STATE RESTAURANT EQUIP | 298.75 |
| 017043 | 01/21/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017044 | 01/21/10 | VSP | Vision Service Plan | 101.65 |
| 017045 | 01/21/10 | AVERO | AVERO INC | 2,565.08 |
| 017046 | 01/21/10 | HARTF | THE HARTFORD | 301.39 |
| 017047 | 01/21/10 | ZURICH | Zurich Deductible Recovery | 768.00 |
| 017048 | 01/28/10 | AETNA | Aetna | 1,168.24 |
| 017049 | 01/28/10 | ANTHEM | Anthem Blue Cross Blue Shield | 7,441.52 |
| 017050 | 01/28/10 | CAESARS | Ceasar's Palace | 20.00 |
| 017051 | 01/28/10 | DCARR | DERRICK CARR | 900.00 |
| 017052 | 01/28/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017053 | 01/28/10 | NEVDEP | NEVADA DEP. OF TAXATION | 6,449.04 |
| 017054 | 01/28/10 | NVTAX | NEVADA DEPT OF TAXATION | 36,206.41 |
| 017055 | 01/28/10 | ONESOUN | One Sound Movement, LLC | 1,100.00 |
| 017056 | 01/28/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017057 | 01/28/10 | VSP | Vision Service Plan | 90.23 |
| 017058 | 01/29/10 | ASCAP | ASCAP | 1,064.00 |
| 017059 | 02/01/10 | MANDAL | MANDALAY BAY | 75,000.00 |
| 017060 | 02/04/10 | ECOLAB | ECOLAB | 88.64 |
| 017061 | 02/04/10 | GERBEN | GERARDO BENITEZ | 75.00 |
| 017062 | 02/04/10 | HARTF | THE HARTFORD | 335.88 |
| 017063 | 02/04/10 | HARTFST | Hartford STD | 29.97 |
| 017064 | 02/04/10 | JAYS | JAY'S SHARPENING SVC | 108.00 |
| 017065 | 02/04/10 | LLOYDS | LLOYD'S | 1,132.03 |
| 017066 | 02/04/10 | MICROS | MICROS RETAIL SYSTEMS, INC. | 650.00 |
| 017067 | 02/04/10 | MISSIO | MISSION INDUSTRIES | 949.11 |
| 017068 | 02/04/10 | OPEN | OPEN TABLE | 498.51 |
| 017069 | 02/04/10 | PEPSI | THE PEPSI BOTTLING GROUP | 204.00 |
| 017070 | 02/04/10 | PRINT | Print Las Vegas | 1,085.76 |
| 017071 | 02/04/10 | STAPLES | STAPLES BUSINESS ADVANTAGE | 143.23 |
| 017072 | 02/04/10 | VEGASB | VEGAS BAR SUPPLY | 928.58 |
| 017073 | 02/04/10 | DCARR | DERRICK CARR | 900.00 |
| 017074 | 02/04/10 | ONESOUN | One Sound Movement, LLC | 1,100.00 |
| 017075 | 02/04/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017076 | 02/04/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017077 | 02/09/10 | FLATIRO | Flat Iron Capital | 16,250.35 |
| 017078 | 02/09/10 | FLATIRO | Flat Iron Capital | 2,261.87 |
| 017079 | 02/11/10 | CGMGMT | CHINA GRILL MANAGEMENT | 2,528.41 |
| 017080 | 02/11/10 | DCARR | DERRICK CARR | 900.00 |
| 017081 | 02/11/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017082 | 02/11/10 | MANDAL | MANDALAY BAY | 6,703.41 |
| 017083 | 02/11/10 | MANDAL | MANDALAY BAY | 1,440.95 |
| 017084 | 02/11/10 | MANDAL | MANDALAY BAY | 9,972.57 |

**RUMJUNGLE LAS VEGAS**

CHECK HISTORY REPORT

*SORTED BY CHECK NUMBER*

ACTIVITY FROM:  12/01/09        TO:  03/15/10

BANK CODE:      A  Checkig Account - Operating

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | NAME | CHECK AMOUNT |
|---|---|---|---|---|
| 017085 | 02/11/10 | MOVEMNT | MOVEMENT, LLC | 3,747.42 |
| 017086 | 02/11/10 | ONESOUN | One Sound Movement, LLC | 1,100.00 |
| 017087 | 02/11/10 | PETTY | RUMJUNGLE | 648.00 |
| 017088 | 02/11/10 | RMANAGE | R-MANAGEMENT, LLC | 1,095.04 |
| 017089 | 02/11/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017090 | 02/18/10 | ARHODES | Andre James Rhodes | 500.00 |
| 017091 | 02/18/10 | GERBEN | GERARDO BENITEZ | 75.00 |
| 017092 | 02/18/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017093 | 02/18/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017094 | 02/18/10 | WEINBER | Weinberg, Wheeler, Hudgins, | 3,790.80 |
| 017095 | 02/18/10 | ZURICH | Zurich Deductible Recovery | 738.00 |
| 017096 | 02/18/10 | NANCYL | Nancy L. Allf, Attorney at Law | 2,702.50 |
| 017097 | 02/23/10 | WEINBER | Weinberg, Wheeler, Hudgins, | 3,970.66 |
| 017098 | 02/26/10 | NVTAX | NEVADA DEPT OF TAXATION | 42,767.30 |
| 017099 | 03/01/10 | MANDAL | MANDALAY BAY | 75,000.00 |
| 017100 | 02/26/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017101 | 03/04/10 | AETNA | Aetna | 1,168.24 |
| 017102 | 03/04/10 | ANTHEM | Anthem Blue Cross Blue Shield | 7,018.02 |
| 017103 | 03/04/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017104 | 03/04/10 | MISSIO | MISSION INDUSTRIES | 947.26 |
| 017105 | 03/04/10 | MOVEMNT | MOVEMENT, LLC | 2,971.04 |
| 017106 | 03/04/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017107 | 03/04/10 | VSP | Vision Service Plan | 90.23 |
| 017108 | 03/10/10 | JOLLEY | JOLLEY URGA WIRTH | 525.00 |
| 017109 | 03/10/10 | NANCYL | Nancy L. Allf, Attorney at Law | 29,781.50 |
| 017110 | 03/11/10 | BLUETIE | Blue Tie Entertainment, LLC | 961.79 |
| 017111 | 03/11/10 | CGMGMT | CHINA GRILL MANAGEMENT | 2,991.70 |
| 017112 | 03/11/10 | CLARK | CLARK COUNTY BUS. LICENSE | 840.00 |
| 017113 | 03/11/10 | HARTF | THE HARTFORD | 273.96 |
| 017114 | 03/11/10 | HARTFST | Hartford STD | 29.97 |
| 017115 | 03/11/10 | JCC | JCC Entertainment | 900.00 |
| 017116 | 03/11/10 | KRYSTAL | Krystal Klean of Nevada | 3,000.00 |
| 017117 | 03/11/10 | MANDAL | MANDALAY BAY | 3,400.71 |
| 017118 | 03/11/10 | TERRISA | Terrisa & Company | 3,800.00 |
| 017119 | 03/12/10 | MANDAL | MANDALAY BAY | 7,381.66 |
| 017120 | 03/12/10 | MANDAL | MANDALAY BAY | 12,668.20 |
| 017121 | 03/12/10 | WEINBER | Weinberg, Wheeler, Hudgins, | 6,638.17 |
| 017122 | 03/12/10 | FLATIRO | Flat Iron Capital | 18,512.22 |
| 017123 | 03/15/10 | NVTAX | NEVADA DEPT OF TAXATION | 45,548.90 |
| 017124 | 03/15/10 | WEINBER | Weinberg, Wheeler, Hudgins, | 12,529.99 |

BANK A TOTAL:        1,027,007.27

REPORT TOTAL:        1,027,007.27

# United States Bankruptcy Court
## District of Nevada

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company**
**d/b/a Rumjungle**

                                              Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $    **22,500.00** |
| Prior to the filing of this statement I have received | $    **22,500.00** |
| Balance Due | $    **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

*✱ To be determined upon request for allowance and approval for such other fees as are incurred in this case, at prevailing rates*

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.   [Other provisions as needed]
         **Preparation of Plan and Disclosure Statement, plus such other services as are required in this case.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **N/A**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    3/16/0

/s/ Nancy L. Allf    *Nancy L Allf*
**Nancy L. Allf 0128**
**Nancy L. Allf, Attorney at Law**
**415 S. Sixth Street, Ste. 200F**
**Las Vegas, NV 89101**
**702-671-0070  Fax: 702-671-0165**
**nancy.allf@gmail.com**

---

# United States Bankruptcy Court
### District of Nevada

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**           Case No. _____

                                    Debtor            Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jack Polsenberg**<br>**16400 N.W.2nd, #200**<br>**Miami, FL 33169** | | **15%** | |
| **Max Chodorow Irrevocable Trust**<br>**16400 N.W. 2nd Avenue, Suite 200**<br>**Miami, FL 33169** | | **37.5%** | |
| **Neil Faggen**<br>**16400 N.W.2nd, #200**<br>**Miami, FL 33169** | | **10%** | |
| **Zachary Chodorow Irrevocable Trust**<br>**16400 N.W. 2nd Avenue, Suite 200**<br>**Miami, FL 33169** | | **37.5%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **March 16, 2010** _____        Signature **/s/ Neil Faggen** _____

                                                   **Neil Faggen**<br>                                                   **Manager**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company**
**d/b/a Rumjungle**

Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 16, 2010**

**/s/ Neil Faggen**
**Neil Faggen**/**Manager**
Signer/Title

RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Comp
ATTN: Neil Faggen, Esq.
16400 N.W.2nd Ave., #200
Miami, FL 33169

Nancy L. Allf
Nancy L. Allf, Attorney at Law
415 S. Sixth Street, Ste. 200F
Las Vegas, NV 89101

All Employees


AMERICAN EXPRESS
BOX 0001
Los Angeles, CA 90096-0001

ASCAP
2690 Cumberland Pkwy #490
Pierre Part, LA 70339

Avero
Acct No xxxxxx2009
235 Park Avenue South, 7th Floor
New York, NY 10003

Avero
235 Park Avenue South, 7th Floor
New York, NY 10003

BMI
10 Music Sq. East
Nashville, TN 37203

BPI
Acct No xx3397
7280 North Glen Harbor Blvd.
Glendale, AZ 85307

Chef Executive Supplies
Acct No 807
7280 North Glen Harbor Blvd.
Henderson, NV 89074

Dataworks
Acct No xx6963
4550 S. Windermere St
Englewood, CO 80110

Direct TV
PO Box 60036
Los Angeles, CA 90060-0036

Dynamic Synergy Corp.
1825 Fox Hills Dr. #202
Los Angeles, CA 90025

ECOLAB
Acct No xxx3108
PO Box 100512
Pasadena, CA 91189

ECOLAB
PO Box 100512
Pasadena, CA 91189

ECOLAB
PO Box 100512
Pasadena, CA 91189

ELLIOT
Acct No x3698
PO Box 27085
Las Vegas, NV 89126

Fifth Third Bank
38 Fountain Sq. Plaza, 9th Floor
Cincinnati, OH 45213

Fortessa, Inc.
Acct No xxxx9703
22601 Davis Drive
Sterling, VA 20164

Freed's Boulevard Bakery, Inc.
Acct No x0678
4780 South Eastern Ave.
Las Vegas, NV 89119

Gerardo Benitez
c/o 3950 Las Vegas Blvde South
Las Vegas, NV 89119

Heritage Food Service Equipment
Acct No xx0760
PO Box 8710
Fort Wayne, IN 46898

Hertitage Food Service Equipment
PO Box 8710
Fort Wayne, IN 46898

Hospitality Services, Inc.
Acct No x8318
422 Madison Ave., Ste. 369
New York, NY 10016

Humitech of Las Vegas
Acct No x6271
6283 Dean Martin Dr., Ste. E
Las Vegas, NV 89118

Humitech of Las Vegas
6283 Dean Martin Dr., Ste. E
Las Vegas, NV 89118

Ice Occasions, Inc.
Acct No x4550
4650 W. Post Rd.
Las Vegas, NV 89118

Jay's Sharpening Service
Acct No xx5317
4080 W. Desest Inn Rd, #W-101
Las Vegas, NV 89102

John Van Hoove's Upholstery
Acct No 4512
1302 Western Ave.
Las Vegas, NV 89102

KCYE-FM Las Vegas
1455 E. Tropicana, #800
Las Vegas, NV 89119

LLOYD'S REFRIGERATION
Acct No xx1339
5701 W. Sunset Rd.
Las Vegas, NV 89118

Lloyd's Refrigeration
5701 W. Sunset Rd.
Las Vegas, NV 89118

Mandalay Bay
Mandalay Resort Group
3950 Las Vegas Blvd. South
Las Vegas, NV 89119

Mandalay Bay
c/o Brownstein Hyatt Farber Schreck
ATTN: Todd Bice, Esq.
100 City Parkway, #1600
Las Vegas, NV 89106

Mandalay Bay Corp.
Mandalay Bay Resort Group
File 50519
Los Angeles, CA 90074-0519

Micros Retail Systems, Inc.
Acct No xxx4501
1500 Harbor Blvd.
Weehawken, NJ 07086

Micros Retail Systems, Inc.
1500 Harbor Blvd.
Weehawken, NJ 07086

Mission Industries
Acct No xxxx4918
1 W. Mayflower Ave.
North Las Vegas, NV 89030

Mission of Nevada, Inc.
1 W. Mayflower Ave.
North Las Vegas, NV 89030

NEVADA DEPARTMENT OF TAXATION
PO Box 52609
Phoenix, AZ 85072-2609

One Stop
Acct No x7642
6800 Owensmouth Ave. #220
Canoga Park, CA 91303

Open Table, Inc.
Acct No xx1281
PAYMENT LOCKBOX
PO Box 49322
San Jose, CA 95161

Open Table, Inc.
PAYMENT LOCKBOX
PO Box 49322
San Jose, CA 95161

Print Las Vegas
Acct No 2378
68 East Serene Avenue, STe. 418
Las Vegas, NV 89123

RSVP Party Rentals
Acct No xxxxx3004
4445 S. Valley View, Ste. 7
Las Vegas, NV 89103

Southwest Air Conditioning Service, Inc.
Acct No xx7525
3030 S. Valley View Blvd.
Las Vegas, NV 89102

```
Standard Restaurant Equipment
Acct No xxx5976
PO Box 65189
Salt Lake City, UT 84165

Staples Business Advantage
Acct No xxxxxx5691
Dept ATL
PO Box 530621
Atlanta, GA 30353

State Restaurant Equipment
Acct No xxx4120
3163 S. Highland Drive
Las Vegas, NV 89109

Terrisa & Company
5841 East Charleston #230-341
Las Vegas, NV 89142

Terrisa & Company
5841 East Charleston #230-341
Las Vegas, NV 89142

The Pepsi Bottling Group
Acct No xxxxxxx8985
PO Box 75948
Chicago, IL 60675

Vegas Bar & Restaurant Supply
Acct No xx5602
4375 S. Valley View, Ste. G
Las Vegas, NV 89103
```

# United States Bankruptcy Court
## District of Nevada

In re    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company**
**d/b/a Rumjungle**

Case No.

Debtor(s)    Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability Company d/b/a Rumjungle**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jack Polsenberg**
**16400 N.W.2nd, #200**
**Miami, FL 33169**

**Max Chodorow Irrevocable Trust**
**16400 N.W. 2nd Avenue, Suite 200**
**Miami, FL 33169**

**Neil Faggen**
**16400 N.W.2nd, #200**
**Miami, FL 33169**

**Zachary Chodorow Irrevocable Trust**
**16400 N.W. 2nd Avenue, Suite 200**
**Miami, FL 33169**

☐ None [*Check if applicable*]

**March 16, 2010**

Date

/s/ Nancy L. Allf

**Nancy L. Allf 0128**

Signature of Attorney or Litigant
Counsel for    **RUMJUNGLE - LAS VEGAS LLC, a Nevada Limited Liability**
**Company d/b/a Rumjungle**

**Nancy L. Allf, Attorney at Law**
**415 S. Sixth Street, Ste. 200F**
**Las Vegas, NV 89101**
**702-671-0070 Fax:702-671-0165**
**nancy.allf@gmail.com**